UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:

                                                        Chapter 7

      Mohammed Hassan

           Debtor(s)                                 Case No. 12-43627
------------------------------------------------------------X

## STATEMENT REGARDING PAYMENT ADVICES
## REQUIRED BY 11 USC Sec. 521(A)(1)(B)(IV)

I, Mohammed Hassan, state as follows:

1.     I have not filed with the Court or submitted to the Chapter 7 Trustee copies of all payment advices or other evidence of payment received from an employer within sixty (60) days before the date of filing of this petition because I do not receive pay advices.

I declare under penalty of perjury that I have read the foregoing statement and it is true and correct.

June 21, 2012

                                      s/ Mohammed Hassan