20478/2010 ORDER SIGNED filed 9/11/2013

Short Form Order

## NEW YORK SUPREME COURT - QUEENS COUNTY

Present: **HONORABLE MARGUERITE A. GRAYS**      IAS PART 4
              Justice

-------------------------------------------------------x

YAIR KERSTEIN,      Index No.: 20478/2010

                     Plaintiff(s),      Motion Dated: May 10, 2013

    -against-      Motion Cal. No.: 55

MOHAMED H. HASSAN A/K/A
MOHAMED HASSAN et al.      Motion Seq. No.: 5

                     Defendant(s).

-------------------------------------------------------x

     The following papers numbered 1-4 read on this motion by defendant for an Order: (1) reversing the auction by plaintiff of the property located at 114-20 101st Street, Richmond Hill, New York ("the property") owned by defendant homeowner and violating New York Banking Law 6-L and Home Equity Protection Act, 1994; (2) annulling, vacating and setting aside the sale of the property; (3) tolling and forever barring plaintiff from collecting all or any interest, principal or any fees on this account; and (4) compelling plaintiff to turn over any or all monies received by them before or after the judgment or execution of said judgment in this case, forthwith.

                                                        PAPERS NUMBERED

Notice of Motion Affid.-Exhibits.............................      1-4

     Upon the foregoing papers it is ordered that this motion by defendant is denied in its entirety. Upon review of the pleadings submitted, there is a bankruptcy proceeding pending in the United States Bankruptcy Court for the Eastern District (case number 1-13-41288-cec), which stays the within action.

Dated:      **SEP 05 2013**

                                                      MARGUERITE A. GRAYS, J.S.C.

[FILED SEP 11 2013 COUNTY CLERK QUEENS COUNTY]