| Check Date: | Jan/12/2012 | | | Check No. | 0300742 |
| --- | --- | --- | --- | --- | --- |
| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
| GMDCBING0112 | Dec/14/2011 | 00501786 | 1,306.50 | 0.00 | 1,306.50 |
| GMDC BING CABINETS 12/11 | | | | | |
| EMTCRX1211 | Dec/01/2011 | 00501788 | 22,646.00 | 0.00 | 22,646.00 |
| EMTX RX CABINETS 12/11 | | | | | |

| Vendor Number | Name | Total Discounts | |
| --- | --- | --- | --- |
| 0000051805 | MOHAMMED HASSAN | $0.00 | Total Paid Amount |
| Check Number | Date | Total Amount | Discounts Taken | $23,952.50 |
| 0300742 | Jan/12/2012 | $23,952.50 | $0.00 | |

L0393F000677M  11/1

| Check Date: Oct/10/2012 | | | | Check No. | 0302739 |
|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
| AMKC CWAD 6&8 | Sep/25/2012 | 00506335 | 849.22 | 0.00 | 849.22 |
| *COUNTERTOPS 10/12 AMKC* | | | | | |

| Vendor Number | Name | | Total Discounts | Total Paid Amount |
|---|---|---|---|---|
| 0000051805 | MOHAMMED HASSAN | | $0.00 | $849.22 |
| Check Number | Date | Total Amount | Discounts Taken | |
| 0302739 | Oct/10/2012 | $849.22 | $0.00 | |

| Check Date: Nov/20/2012 | | | | Check No. | 0302987 |
|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
| TREATMENT ROOMS 081 | Aug/09/2012 | 00506773 | 27,872.00 | 0.00 | 27,872.00 |
| *TREATMENT ROOM CABINETRY 8/12* | | | | | |

| Vendor Number | Name | | Total Discounts | Total Paid Amount |
|---|---|---|---|---|
| 00O0051805 | MOHAMMED HASSAN | | $0.00 | $27,872.00 |
| Check Number | Date | Total Amount | Discounts Taken | |
| 03.02987 | Nov/20/2012 | $27,872.00 | $0.00 | |

| Check Date: Jul/10/2013 | | | | | Check No. | 0304530 | |
|---|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | Paid Amount |
| 030413 AMKC FRONT B | Mar/04/2013 | 01000391 | RI001 | 3,266.25 | 0.00 | 3,266.25 |
| *AMKC FRONT BUBBLE RPR/MAINT 6/13* | | | | | | |

| Vendor Number | | Name | | Total Discounts | | Total Paid Amount |
|---|---|---|---|---|---|---|
| 0000051805 | | MOHAMMED HASSAN | | $0.00 | | $3,266.25 |
| Check Number | Date | | Total Amount | Discounts Taken | | |
| 0304530 | Jul/10/2013 | | $3,266.25 | $0.00 | | |

| Check Date: Jul/10/2013 | | | | | | Check No. | 0304532 |
|---|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | | Paid Amount |
| 030413 AMKC BACK BU | Mar/04/2013 | 01000395 | RI001 | 1,088.75 | 0.00 | | 1,088.75 |
| _AMKC BACK BUBBLE RPR/MAINT 6/13_ | | | | | | | |

| Vendor Number | Name | | Total Discounts | Total Paid Amount |
|---|---|---|---|---|
| 0000051805 | MOHAMMED HASSAN | | $0.00 | $1,088.75 |
| Check Number | Date | Total Amount | Discounts Taken | |
| 0304532 | Jul/10/2013 | $1,088.75 | $0.00 | |

| Check Date: | Jul/10/2013 | | | | Check No. | 0304529 |
|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | Paid Amount |
| 030413 MED BUBBLE E | Mar/04/2013 | 01000394 | RI001 | 1,633.12 | 0.00 | 1,633.12 |
| *EMTC MEDICATION BUBBLE RPR/MAINT 6/13* | | | | | | |

| Vendor Number | Name | | Total Discounts | Total Paid Amount |
|---|---|---|---|---|
| 0000051805 | MOHAMMED HASSAN | | $0.00 | $1,633.12 |
| Check Number | Date | Total Amount | Discounts Taken | |
| 0304529 | Jul/10/2013 | $1,633.12 | $0.00 | |

| Check Date: | Jul/10/2013 | | | | | Check No. | 0304526 |
|---|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | | Paid Amount |
| 030413 NIC DORM 4B | Mar/04/2013 | 01000393 | RI001 | 3,375.12 | 0.00 | | 3,375.12 |
| *NIC DORM 4B RPR/MAINT 6/13* | | | | | | | |

| Vendor Number | Name | | Total Discounts | Total Paid Amount |
|---|---|---|---|---|
| 0000051805 | MOHAMMED HASSAN | | $0.00 | $3,375.12 |
| Check Number | Date | Total Amount | Discounts Taken | |
| 0304526 | Jul/10/2013 | $3,375.12 | $0.00 | |

| Check Date: | Jul/10/2013 | | | | Check No. | 0304527 |
|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | Paid Amount |
| 030413 NIC DORM 2A | Mar/04/2013 | 01000396 | R1001 | 1,633.12 | 0.00 | 1,633.12 |
| *NIC DORM 2A RPR/MAINT 6/13* | | | | | | |

| Vendor Number | Name | | Total Discounts | Total Paid Amount |
|---|---|---|---|---|
| 0000051805 | MOHAMMED HASSAN | | $0.00 | $1,633.12 |
| Check Number | Date | Total Amount | Discounts Taken | |
| 0304527 | Jul/10/2013 | $1,633.12 | $0.00 | |

| | | | | Check No. | 0304528 |
|---|---|---|---|---|---|
| Check Date: Jul/10/2013 | | | | | |

| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| | | | | | | 2,504.12 |
| 030413 AMKC BACK BU | Mar/04/2013 | 01000392 | RI001 | 2,504.12 | 0.00 | |
| *AMKC BACK BUBBLEA RPR/MAINT 6/13* | | | | | | |

| Vendor Number | Name | | Total Discounts | Total Paid Amount |
|---|---|---|---|---|
| 0000051805 | MOHAMMED HASSAN | | $0.00 | $2,504.12 |
| Check Number | Date | Total Amount | Discounts Taken | |
| 0304528 | Jul/10/2013 | $2,504.12 | $0.00 | |

| Check Date: Jul/10/2013 | | | | | | |
|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | Paid Amount |
| 030413 C71 MED | Mar/04/2013 | 01000397 | RI001 | 3,266.25 | 0.00 | 3,266.25 |
| *C71 MEDICATION RPR/MAINT 6/13* | | | | | | |

| Vendor Number | Name | | Total Discounts | Total Paid Amount |
|---|---|---|---|---|
| 0000051805 | MOHAMMED HASSAN | | $0.00 | $3,266.25 |
| Check Number | Date | Total Amount | Discounts Taken | |
| 0304531 | Jul/10/2013 | $3,266.25 | $0.00 | |

| Check Date: | Jul/10/2013 | | | | | Check No. | 0304530 |
|---|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | | Paid Amount |
| 030413 AMKC FRONT B | Mar/04/2013 | 01000391 | RI001 | 3,266.25 | 0.00 | | 3,266.25 |
| *AMKC FRONT BUBBLE RPR/MAINT 6/13* | | | | | | | |

| Vendor Number | Name | | Total Discounts | Total Paid Amount |
|---|---|---|---|---|
| 0000051805 | MOHAMMED HASSAN | | $0.00 | |
| Check Number | Date | Total Amount | Discounts Taken | $3,266.25 |
| 0304530 | Jul/10/2013 | $3,266.25 | $0.00 | |

| Check Date: | Jul/10/2013 | | | | Check No. | | 0304532 |
|---|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | | Paid Amount |
| 030413  AMKC BACK BU | Mar/04/2013 | 01000395 | RI001 | 1,088.75 | 0.00 | | 1,088.75 |
| *AMKC BACK BUBBLE RPR/MAINT 6/13* | | | | | | | |

| Vendor Number | | Name | | | Total Discounts | | Total Paid Amount |
|---|---|---|---|---|---|---|---|
| 0000051805 | | MOHAMMED HASSAN | | | $0.00 | | $1,088.75 |
| Check Number | | Date | | Total Amount | Discounts Taken | | |
| 0304532 | | Jul/10/2013 | | $1,088.75 | $0.00 | | |

| Check Date: | Jul/10/2013 | | | | Check No. | 0304529 |
|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | Paid Amount |
| 030413 MED BUBBLE E | Mar/04/2013 | 01000394 | RI001 | 1,633.12 | 0.00 | 1,633.12 |
| *EMTC MEDICATION BUBBLE RPR/MAINT 6/13* | | | | | | |

| Vendor Number | Name | | Total Discounts | Total Paid Amount |
|---|---|---|---|---|
| 0000051805 | MOHAMMED HASSAN | | $0.00 | $1,633.12 |
| Check Number | Date | Total Amount | Discounts Taken | |
| 0304529 | Jul/10/2013 | $1,633.12 | $0.00 | |

| Check Date: | Jul/10/2013 | | | | | Check No. | 0304526 |
|---|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | | Paid Amount |
| 030413 NIC DORM 4B | Mar/04/2013 | 01000393 | RI001 | 3,375.12 | 0.00 | | 3,375.12 |
| *NIC DORM 4B RPR/MAINT 6/13* | | | | | | | |

| Vendor Number | | Name | | Total Discounts | | |
|---|---|---|---|---|---|---|
| 0000051805 | | MOHAMMED HASSAN | | $0.00 | | Total Paid Amount |
| Check Number | Date | | Total Amount | Discounts Taken | | $3,375.12 |
| 0304526 | Jul/10/2013 | | $3,375.12 | $0.00 | | |

| Check Date: | Jul/10/2013 | | | | Check No. | 0304527 |
|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | Paid Amount |
| 030413 NIC DORM 2A | Mar/04/2013 | 01000396 | R1001 | 1,633.12 | 0.00 | 1,633.12 |
| *NIC DORM 2A RPR/MAINT 6/13* | | | | | | |

| Vendor Number | Name | | Total Discounts | Total Paid Amount |
|---|---|---|---|---|
| 0000051805 | MOHAMMED HASSAN | | $0.00 | $1,633.12 |
| Check Number | Date | Total Amount | Discounts Taken | |
| 0304527 | Jul/10/2013 | $1,633.12 | $0.00 | |

| | | | | | Check No. | 0304528 |
|---|---|---|---|---|---|---|---|
| Check Date: Jul/10/2013 | | | | | | | |
| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | | Paid Amount |
| 030413 AMKC BACK BU | Mar/04/2013 | 01000392 | RI001 | 2,504.12 | 0.00 | | 2,504.12 |
| *AMKC BACK BUBBLEA RPR/MAINT 6/13* | | | | | | | |

| Vendor Number | Name | Total Discounts | Total Paid Amount |
|---|---|---|---|
| 0000051805 | MOHAMMED HASSAN | $0.00 | $2,504.12 |
| Check Number | Date | Total Amount | Discounts Taken |
| 0304528 | Jul/10/2013 | $2,504.12 | $0.00 |

| | | | | | Check No. | 0304531 |
|---|---|---|---|---|---|---|---|

**Check Date:** Jul/10/2013

| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| 030413 C71 MED | Mar/04/2013 | 01000397 | R1001 | 3,266.25 | 0.00 | 3,266.25 |
| *C71 MEDICATION RPR/MAINT 6/13* | | | | | | |

| Vendor Number | Name | | Total Discounts | Total Paid Amount |
|---|---|---|---|---|
| 0000051805 | MOHAMMED HASSAN | | $0.00 | $3,266.25 |
| Check Number | Date | Total Amount | Discounts Taken | |
| 0304531 | Jul/10/2013 | $3,266.25 | $0.00 | |

| Check Date: | Oct/21/2013 | | | | Check No. | | 0305214 |
|---|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | | Paid Amount |
| MH MOVE GMDC 1013 | Aug/20/2013 | 01002427 | R1001 | 15,044.87 | 0.00 | | 15,044.87 |
| *GMDC MH MOVE COMPLETED 10/21/13* | | | | | | | |

| Vendor Number | Name | | Total Discounts | Total Paid Amount |
|---|---|---|---|---|
| 0000051805 | MOHAMMED HASSAN | | $0.00 | $15,044.87 |
| Check Number | Date | Total Amount | Discounts Taken | |
| 0305214 | Oct/21/2013 | $15,044.87 | $0.00 | |

| Check Date: Oct/03/2013 | | | | | Check No. | 0305112 |
|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | Paid Amount |
| 092013 AMKC CURTAINS | Sep/20/2013 | 01002258 | RI001 | 4,464.08 | 0.00 | 4,464.08 |
| *CURTAINS/ TRACK INSTALLATION 9/13 AMKC* | | | | | | |

| Vendor Number | Name | | Total Discounts | Total Paid Amount |
|---|---|---|---|---|
| 0000051805 | MOHAMMED HASSAN | | $0.00 | |
| Check Number | Date | Total Amount | Discounts Taken | $4,464.08 |
| 0305112 | Oct/03/2013 | $4,464.08 | $0.00 | |

| Check Date: | Oct/21/2013 | | | | Check No. | 0305214 |
|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | Paid Amount |
| MH MOVE GMDC 1013 | Aug/20/2013 | 01002427 | R1001 | 15,044.87 | 0.00 | 15,044.87 |
| *GMDC MH MOVE COMPLETED 10/21/13* | | | | | | |

| Vendor Number | Name | | Total Discounts | Total Paid Amount |
|---|---|---|---|---|
| 0000051805 | MOHAMMED HASSAN | | $0.00 | $15,044.87 |
| Check Number | Date | Total Amount | Discounts Taken | |
| 0305214 | Oct/21/2013 | $15,044.87 | $0.00 | |

| Check Date: | Oct/03/2013 | | | | Check No. | | 0305112 |
|---|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | BusUnit | Gross Amount | Discount Available | | Paid Amount |
| 092013 AMKC CURTAIN | Sep/20/2013 | 01002258 | R1001 | 4,464.08 | 0.00 | | 4,464.08 |
| *CURTAINS/ TRACK INSTALLATION 9/13 AMKC* | | | | | | | |

| Vendor Number | | Name | | Total Discounts | | Total Paid Amount |
|---|---|---|---|---|---|---|
| 0000051805 | | MOHAMMED HASSAN | | $0.00 | | |
| Check Number | Date | | Total Amount | Discounts Taken | | $4,464.08 |
| 0305112 | Oct/03/2013 | | $4,464.08 | $0.00 | | |